## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 239 MAL 2020

           Respondent          :

                                 :    Petition for Allowance of Appeal
                                 :    from the Order of the Superior Court

           v.                          :

                                 :

EDWARD MARX,                      :

             Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.